IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STAN SOLUTIONS, LLC,

        Plaintiff,

     vs.

SIERRA NEVADA CORPORATION,

        Defendant.

       :
       :
       :     Case No. 3:10cv0461
       :
       :     JUDGE WALTER HERBERT RICE
       :

---

**PRELIMINARY PRETRIAL CONFERENCE ORDER; TRIAL DATE AND OTHER DATES SET; FURTHER PROCEDURES SET FORTH**

---

The captioned cause came on to be heard upon a preliminary pretrial/scheduling conference on Tuesday, March 1, 2011.

There exists a pending Motion of the Defendants to dismiss for failure to state a claim or, in the alternative, to transfer venue (Doc. #9). Said Motion will be briefed according to the Rules of Court, and is presently set to become at issue during the first ten days of April, 2011. Once a decision has been rendered upon said Motion, the Court will convene a telephone conference call to determine the viability of the dates set forth below.

Trial upon the merits of the captioned cause, before a duly impaneled jury, will be held beginning at 9:00 a.m. on Monday, January 30, 2012.  A final pretrial conference, by conference call telephone communication, will be held beginning at 5:00 p.m. on Tuesday, January 17, 2012, with the jointly prepared Final Pretrial Order to be filed not later than the close of business on Tuesday, January 10, 2012.

March 2, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record