**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| STAN SOLUTIONS, LLC, : | |
| : | Case No. 3:10 CV 0461 |
| Plaintiff, : | |
| : | |
| v. : | Judge Walter H. Rice |
| : | |
| SIERRA NEVADA CORPORATION, : | |
| : | |
| Defendant. : | |

**PARTIES' STIPULATION OF DISMISSAL OF ALL CLAIMS *WITH PREJUDICE***

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)), Plaintiff STAN Solutions, LLC and Defendant Sierra Nevada Corporation, by and through the undersigned counsel, hereby stipulate that this action, and all claims asserted in this action, is dismissed *with prejudice*. No claims asserted in this action remain pending for adjudication. Each party shall bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Gregory G. Lockhart (per written authority 6/19/11) | s/ James E. Davidson |
| Gregory G. Lockhart  (0007791) | James E. Davidson   (0024534) |
| Tricia C. Bell           (0077983) | Steven D. Forry        (0075520) |
| Taft Stettinius & Hollister LLP | Schottenstein Zox & Dunn Co., LPA |
| 40 North Main Street, Suite 1700 | 250 West Street |
| Dayton, Ohio 45423 | Columbus, Ohio  43215 |
| Tel: (937) 223-2838 | Telephone:  (614) 462-2700 |
| Fax: (937) 228-2816 | Facsimile:   (614) 221-5135 |
| Email: glockhart@taftlaw.com; | Email: jdavidson@szd.com; |
| tbell@taftlaw.com | sforry@szd.com |
| *Counsel for Plaintiff STAN Solutions LLC* | *Counsel for Defendant Sierra Nevada Corporation* |